[No. 55244-9-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ALBERTO GONZALEZ, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 04-1-09715-7, Robert. H. Alsdorf, J., entered October 12 and November 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55247-3-I.   Division One.   October 3, 2005.]

NEIL J. ARNTZ ET AL., *Respondents*, v. LUZ O. VALDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-09230-4, Deborah D. Fleck, J., entered October 26, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55371-2-I.   Division One.   October 3, 2005.]

*In the Matter of the Estate of* JAMES ALLEN HENDRIX.

*In the Matter of the Revocable Living Trust of* JAMES ALLEN HENDRIX.

ROBERT LEE HALL, JR., *Appellant*, v. ESTATE OF JAMES ALLEN HENDRIX ET AL., *Respondents*

Appeal from a judgment of the Superior Court for King County, No. 02-4-02569-0, Jeffrey M. Ramsdell, J., entered July 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55511-1-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01034-3, George N. Bowden, J., entered December 13, 2004. *Affirmed* by unpublished per curiam opinion.